FILED
CLERK, U.S. DISTRICT COURT

4/17/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JBF INTERLUDE 2009 LTD - ISRAEL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>QUIBI HOLDINGS LLC,<br><br>　　　　Defendant. | Case No. 2:20-cv-2299 JAK (SKx)<br><br>**ORDER RE STIPULATION REGARDING OPPOSITION AND REPLY BRIEFS TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (DKT. 44)** |

Based on a review of the Stipulation Regarding Opposition and Reply Briefs to Plaintiff's Motion for Preliminary Injunction (the "Stipulation" (Dkt. 44)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **GRANTED**.

Defendant Quibi Holdings LLC's declarations and exhibits filed on April 14, 2020 in connection with the Opposition to Motion for Preliminary Injunction (Dkt. 42) are deemed filed timely and shall be considered on their merits. Plaintiff JBF Interlude 2009 LTD -- Israel shall file its reply brief on or before April 21, 2020, and the reply shall not exceed 12 pages.

**IT IS SO ORDERED:**

Dated: April 17, 2020 _____

John A. Kronstadt
United States District Judge