MICHAEL A. JACOBS (CA SBN 111664)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
mjacobs@mofo.com

BENJAMIN J. FOX (CA SBN 193374)
SOO J. PARK (CA SBN 300988)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454
bfox@mofo.com; spark@mofo.com

Attorneys for Defendant
QUIBI HOLDINGS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JBF INTERLUDE 2009 LTD – ISRAEL,<br><br>Plaintiff,<br><br>v.<br><br>QUIBI HOLDINGS, LLC,<br><br>Defendant. | Case No. 2:20-CV-02299-JAK(SKx)<br><br>**QUIBI'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE**<br><br>Judge: Hon. John A. Kronstadt<br>Date: July 27, 2020<br>Time: 8:30 a.m.<br>Crtrm: 10B |

Pursuant to Federal Rule of Evidence 201, Defendant Quibi Holdings, LLC requests that the Court take judicial notice of the document attached as Exhibit A in support of its concurrently-filed Motion to Dismiss Plaintiff's Complaint with Prejudice.

**Exhibit A** consists of excerpts from the Prosecution History File Wrapper for U.S. Patent Application No. 14/835,857, which issued as U.S. Patent No. 10,460,765. This document is an official public record of the U.S. Patent and Trademark Office.

A Court "may take judicial notice of court filings and other matters of public record." *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006); *see also* Fed. R. Evid. 201, Notes to Decisions at 70 (court may take take notice of adjudicative facts that are "capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned"). A patent's prosecution history is part of the public record. *See* 37 C.F.R. § 1.11(d) (2012) ("[a]ll papers or copies thereof relating to a reexamination proceeding which have been entered of record in the patent or reexamination file are open to inspection by the general public"). The Federal Circuit has found that a patent's prosecution history is part of the public record and is therefore noticeable. *Standard Havens Prods., Inc. v. Gencor Indus., Inc.*, 897 F.2d 511, 514 n.3 (Fed. Cir. 1990) (taking judicial notice of a patent's prosecution history).

This Court routinely has taken judicial notice of a patent's prosecution history at the motion to dismiss stage. *See, e.g.*, *Straumann USA LLC v. Truabutment Inc.*, No. 8:19-cv-00878-JLS-DFM, 2019 U.S. Dist. LEXIS 219521, at *5 (C.D. Cal. Oct. 1, 2019) (granting judicial notice of prosecution history requested in support of defendant's motion to dismiss); *Colt Int'l Clothing, Inc. v. Quasar Sci., LLC*, 304 F. Supp. 3d 891, 892 (C.D. Cal. 2018) (granting judicial notice of prosecution history "necessary to resolve the issues presented in [defendant's] motion to dismiss"); *U.S. Rubber Recycling, Inc. v. ECORE Int'l*,

No. CV 09-09516 SJO (OPx), 2011 U.S. Dist. LEXIS 160731, at *6 (C.D. Cal. July 8, 2011) (granting request for judicial notice of materials from a patent's prosecution history on a motion to dismiss).

    For the reasons set forth above, Quibi requests that the Court take judicial notice of Exhibit A.

Dated:  April 20, 2020                                  MORRISON & FOERSTER LLP

By:  */s/ Michael A. Jacobs*
      Michael A. Jacobs

Attorneys for Defendant
QUIBI HOLDINGS, LLC