MICHAEL A. JACOBS (CA SBN 111664)
THOMAS J. PARDINI (CA SBN 313401)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522
mjacobs@mofo.com; tpardini@mofo.com

BENJAMIN J. FOX (CA SBN 193374)
RYAN J. MALLOY (CA SBN 253512)
SOO J. PARK (CA SBN 300988)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA  90017-3543
Telephone:  (213) 892-5200
Facsimile:  (213) 892-5454
bfox@mofo.com; rmalloy@mofo.com;
spark@mofo.com

Attorneys for Plaintiff/Defendants
QUIBI HOLDINGS, LLC, WNDRCO HOLDINGS,
LLC, JEFFREY KATZENBERG, CLIFTON L. SMITH,
JR., JOSEPH BURFITT, ROBERT A. POST, JR.,
ERIC BUEHL, and BLAKE BARNES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| QUIBI HOLDINGS, LLC,<br><br>              Plaintiff,<br><br>    v.<br><br>INTERLUDE US, INC. d/b/a EKO; and<br>JBF INTERLUDE 2009 LTD. –<br>ISRAEL,<br><br>              Defendants, | Case No.:  2:20-CV-02250-CAS-SK<br><br>**QUIBI'S NOTICE PURSUANT<br>TO THE COURT'S ORDER<br>DATED DECEMBER 30, 2020**<br><br>Judge:    Hon. Christina A. Snyder<br>Crtrm:   8D |

| | | |
|---|---|---|
| 1 | JBF INTERLUDE 2009 LTD and INTERLUDE U.S., INC., d/b/a EKO, | Case No.: 2:20-CV-02299-CAS-SK (CONSOLIDATED) |
| 2 | | |
| 3 | Plaintiffs, | |
| 4 | v. | |
| 5 | QUIBI HOLDINGS, LLC, WNDRCO HOLDINGS, LLC, CLIFTON L. SMITH, | |
| 6 | JR., JOSEPH BURFITT, ROBERT A. POST, JR., BLAKE BARNES, ERIC | |
| 7 | BUEHL, AND JEFFREY KATZENBERG, | |
| 8 | Defendants. | |

Quibi Holdings, LLC informs the Court that it has agreed to today and entered into a transaction with a wholly owned subsidiary of Roku, Inc.  A copy of the parties' press release is attached as Exhibit A.  The transaction is as described in Quibi's prior court filings.  (2299 Dkt. 392, 395, 396, 415.)

Quibi does not anticipate an SEC filing by Roku in connection with this transaction.

Dated:   January 8, 2021                    MORRISON & FOERSTER LLP

                                            By:   *Michael A. Jacobs*
                                            _____
                                                  Michael A. Jacobs

                                                  Attorneys for Plaintiff/Defendants
                                                  QUIBI HOLDINGS, LLC,
                                                  WNDRCO HOLDINGS, LLC,
                                                  JEFFREY KATZENBERG,
                                                  CLIFTON L. SMITH, JR., JOSEPH
                                                  BURFITT, ROBERT A. POST, JR.,
                                                  ERIC BUEHL, and BLAKE
                                                  BARNES

1