|    |                                                                                                                                                                                                                                         |                                                                                                                       |
|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------------------------------------------------------------------------------------------------------------|
| 1  | GOODWIN PROCTER LLP                                                                                                                                                                                                                     |                                                                                                                       |
| 2  | Neel Chatterjee (SBN 173985)<br>(nchatterjee@goodwinlaw.com)                                                                                                                                                                            |                                                                                                                       |
| 3  | Elizabeth J. Low (SBN 308098)<br>(elow@goodwinlaw.com)                                                                                                                                                                                  |                                                                                                                       |
| 4  | 601 Marshall St.<br>Redwood City, CA 94063                                                                                                                                                                                              |                                                                                                                       |
| 5  | Telephone: (650) 752-3100<br>Facsimile: (650) 853-1038                                                                                                                                                                                  |                                                                                                                       |
| 6  | GOODWIN PROCTER LLP                                                                                                                                                                                                                     |                                                                                                                       |
| 7  | Darryl Woo (SBN 100513)<br>(dwoo@goodwinlaw.com)                                                                                                                                                                                        |                                                                                                                       |
| 8  | Three Embarcadero Center<br>San Francisco, California 94111                                                                                                                                                                             |                                                                                                                       |
| 9  | Telephone: (415) 733-6000<br>Facsimile: (415) 677-9041                                                                                                                                                                                  |                                                                                                                       |
| 10 | ADDITIONAL COUNSEL LISTED ON<br>SIGNATURE PAGE                                                                                                                                                                                          |                                                                                                                       |
| 11 |                                                                                                                                                                                                                                         |                                                                                                                       |
| 12 | Attorneys for Plaintiffs<br>JBF Interlude 2009 Ltd. and<br>Interlude U.S., Inc. d/b/a eko                                                                                                                                               |                                                                                                                       |
| 13 |                                                                                                                                                                                                                                         |                                                                                                                       |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| |  |
|---|---|
| QUIBI HOLDINGS, LLC,<br><br>　　　　Plaintiffs,<br>v.<br>INTERLUDE U.S., INC. d/b/a eko; and JBF INTERLUDE 2009 LTD. - ISRAEL,<br><br>　　　　Defendants. | Case No. 2:20-cv-2250-CAS(SKx)-LEAD<br><br>**PLAINTIFFS' AMENDED NOTICE OF INTERESTED PARTIES**<br><br>**[Civil Local Rule 7.1-1]**<br><br>Case No. 2:20-cv-2299-CAS(SKx)-CONSOLIDATED |
| JBF INTERLUDE 2009 LTD, and INTERLUDE U.S., INC. d/b/a eko,<br><br>　　　　Plaintiffs,<br>v.<br>QUIBI HOLDINGS, LLC, WNDRCO HOLDINGS, LLC, CLIFTON L. SMITH, JR., JOSEPH BURFITT, ROBERT A. POST, JR., BLAKE BARNES, ERIC BUEHL, AND JEFFREY KATZENBERG, | |

| | Defendants. |
|---|---|
| 1 | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EKO'S AMENDED NOTICE OF INTERESTED PARTIES

Pursuant to Civil Local Rule 7.1-1, JBF Interlude 2009 Ltd. and Interlude U.S., Inc. d/b/a eko (collectively, "eko") state that investment funds managed and advised by Elliott Investment Management L.P. and their affiliates ("Elliott") are providing eko financing associated with the above-captioned case. Although eko does not believe this involvement necessitates identification of Elliott under Civil Local Rule 7.1-1, in the interest of full disclosure, the undersigned, counsel of record for eko, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible qualification or recusal:

Elliott Investment Management L.P. and affiliated investment funds

Dated: January 11, 2021                     GOODWIN PROCTER LLP

                                            */s/ Neel Chatterjee*

                                            Neel Chatterjee
                                            Attorney for Plaintiff

OF COUNSEL:

GOODWIN PROCTER LLP
Cindy Chang (*pro hac vice*)
(cindychang@goodwinlaw.com)
620 8th Avenue
New York, New York 10018
Telephone: (212) 813 8800
Facsimile: (212) 355-3333

Christie Larochelle (*pro hac vice*)
(clarochelle@goodwinlaw.com)
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Facsimile: (617) 523-1231