UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case Nos. | 2:21-mc-16-CAS (SKx); 2:20-cv-2250-CAS (SKx); 2:20-cv-2299-CAS (SKx) | Date | February 26, 2021 |
|---|---|---|---|
| Title | JBF Interlude 2009 Ltd-Israel v. Elliott Management Corporation, et al.; Quibi Holdings, LLC v. Interlude US, Inc., et al.; JBF Interlude 2009 Ltd-Israel, et al. v. Quibi Holdings, LLC, et al. | | |

| Present: The Honorable | Steve Kim |
|---|---|
| Erica Valencia | n/a |
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None present | None present |

**Proceedings:**     (IN CHAMBERS) **ORDER SETTING REMOTE HEARING**

The Court schedules a remote hearing (via Zoom) on **March 10, 2021 at 10 AM** to hear consolidated oral argument on only the overlapping discovery dispute presented by the non-party motion to quash Rule 45 subpoenas filed in 2:21-mc-16, and by part of Quibi's motion to compel production of documents filed in the main consolidated actions (for RFPs 14-16). The remainder of Quibi's motion to compel production of documents (for RFPs 104 and 124) will be submitted for decision without oral argument as of March 10, 2021. Quibi's cross-motion to compel non-party compliance with the subpoenas filed in 2:21-mc-16 (ECF 16) is denied as both moot and procedurally improper. No opposition to that cross-motion is necessary.

   IT IS SO ORDERED.