# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL     'O'

| | | | |
|---|---|---|---|
| Case No. | 2:20-CV-02299-CAS (SKx)<br>2:20-CV-02250-CAS (SKx) | Date | April 19, 2021 |
| Title | JBF INTERLUDE 2009 LTD, ET AL. v. QUIBI HOLDINGS LLC, ET AL.<br>QUIBI HOLDINGS LLC, ET AL. v. INTERLUDE U.S., INC., ET AL. | | |

**Present: The Honorable    CHRISTINA A. SNYDER**

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

Not Present     Not Present

**Proceedings:** (IN CHAMBERS) - QUIBI'S NOTICE PURSUANT TO THE COURT'S ORDER DATED DECEMBER 30, 2020 (Case No. 2:20-cv-02299 ECF No. 481; Case No. 2:20-cv-02250 ECF No. 322)

The Court is in receipt of Quibi's notice pursuant to the Court's order dated December 30, 2020, filed March 31, 2020. Case No. 2299 ECF ("Eko ECF")[1] No. 481. Eko filed a response to Quibi's notice to the Court on April 1, 2021. Eko ECF No. 483. On April 12, 2021, Quibi filed a supplement to its notice to the Court. Eko ECF No. 494. Eko filed a response to Quibi's supplemental filing on April 13, 2021. Eko ECF No. 497.

Quibi's filing provides sixty-day notice that it intends to make an interim distribution of funds to its equity investors and attaches as an exhibit a list of investors whom it anticipates will receive distributions. Eko ECF No. 481 at 1.

The Court **HEREBY ORDERS** the following:

(1) The Court sets a status conference for **Monday, May 10, 2021** at **10:00 am**.

(2) The parties are directed to refrain from making additional filings regarding Quibi's intended distribution to investors in advance of the May 10, 2021 hearing.

IT IS SO ORDERED.

                                                                                                00 : 00

Initials of Preparer     CMJ

---

[1] Because these actions have been consolidated, this order references documents as filed on the Eko ECF.