MICHAEL A. JACOBS (CA SBN 111664)
THOMAS J. PARDINI (CA SBN 313401)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522
mjacobs@mofo.com; tpardini@mofo.com

Attorneys for QUIBI HOLDINGS, LLC, WNDRCO HOLDINGS, LLC, QBI HOLDINGS, LLC, NEW QBI, LLC, JEFFREY KATZENBERG, CLIFTON L. SMITH, JR., JOSEPH BURFITT, ROBERT A. POST, JR., and ERIC BUEHL

GOODWIN PROCTER LLP
I. Neel Chatterjee (CA SBN 173985)
nchatterjee@goodwinlaw.com
Jesse Cheng (SBN 259909)
jessecheng@goodwinlaw.com
Elizabeth J. Low (CA SBN 308098)
elow@goodwinlaw.com
601 Marshall St.
Redwood City, California 94063
Telephone: (650) 752-3100
Facsimile: (650) 853-1038

Attorneys for JBF INTERLUDE 2009 LTD. and INTERLUDE U.S., INC. d/b/a eko

(Additional Parties And Counsel Listed on Signature Page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| QUIBI HOLDINGS, LLC<br><br>Plaintiff,<br><br>v.<br><br>INTERLUDE U.S., INC. d/b/a EKO; and JBF INTERLUDE 2009 LTD. - ISRAEL,<br><br>Defendants. | Case No. 2:20-cv-2250-CAS(SKx)<br><br>**STIPULATION OF DISMISSAL UNDER RULE 41(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>**[Filed With Proposed Order]** |

| | | |
|---|---|---|
| 1 | JBF INTERLUDE 2009 LTD, and INTERLUDE U.S., INC. d/b/a EKO | Case No. 2:20-cv-2299-CAS(SKx)-CONSOLIDATED |
| 2 | | |
| 3 | Plaintiffs, | |
| 4 | v. | |
| 5 | QUIBI HOLDINGS, LLC, WNDRCO HOLDINGS, LLC, QBI HOLDINGS, LLC, NEW QBI, LLC, CLIFTON L. SMITH, JR., JOSEPH BURFITT, ROBERT A. POST, JR., BLAKE BARNES, ERIC BUEHL, AND JEFFREY KATZENBERG, | |
| 6 | | |
| 7 | | |
| 8 | Defendants. | |

    Quibi Holdings, LLC, WndrCo Holdings, LLC, QBI Holdings, LLC, New QBI, LLC, Jeffery Katzenberg, Clifton L. Smith, Jr., Joseph Burfitt, Robert A. Post, Jr., Eric Buehl, and Blake Barnes (collectively, the "Quibi Parties"), and JBF Interlude 2009 Ltd. and Interlude U.S., Inc. d/b/a eko (collectively, "eko") stipulate as follows:

    1.  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the consolidated actions, *Quibi Holdings, LLC v. Interlude U.S., Inc. d/b/a Eko, et al.*, Case No. 2:20-cv-02250-CAS(SKx), and *JBF Interlude 2009 Ltd, et al. v. Quibi Holdings, LLC, et al.*, Case No. 2:20-cv-02299-CAS(SKx), Case No. 2:20-cv-02299-CAS(SKx) shall be dismissed with prejudice in their entirety, including all parties, claims, and counterclaims.  Each party shall bear its own costs, expenses, and attorneys' fees.

    2.  The Quibi Parties and eko further agree that eko's counsel are relieved from the "prosecution bar" provisions of the Protective Order entered in these consolidated actions (2250 Dkt. No. 57, as amended in 2250 Dkt. No. 337, 2299 Dkt. No. 499).  All other provisions of the Protective Order will remain in place.

**SO STIPULATED.**

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 17, 2021 | MORRISON & FOERSTER LLP |
| 3 | | |
| 4 | | By: /s/ *Michael A. Jacobs* |
| | | Michael A. Jacobs |
| 5 | | |
| 6 | | *Attorneys for Quibi Holdings, LLC, WndrCo Holdings, LLC, QBI Holdings, LLC, New QBI, LLC, Jeffrey Katzenberg, Clifton L. Smith, Jr., Joseph Burfitt, Robert A. Post, Jr., Eric Buehl and Blake Barnes* |
| 10 | Dated: September 17, 2021 | GOODWIN PROCTER LLP |
| 11 | | By: /s/ *I. Neel Chatterjee* |
| 12 | | I. Neel Chatterjee |
| 13 | | Darryl M. Woo (CA SBN 100513) |
| | | dwoo@goodwinlaw.com |
| | | Three Embarcadero Center |
| | | San Francisco, California 94111 |
| | | Telephone: (415) 733-6000 |
| | | Facsimile: (415) 677-9041 |
| | | |
| | | Cindy Chang (*pro hac vice*) |
| | | (cindychang@goodwinlaw.com) |
| | | 620 8th Avenue |
| | | New York, New York 10018 |
| | | Telephone: (212) 813 8800 |
| | | Facsimile: (212) 355-3333 |
| | | |
| | | Christie Larochelle (*pro hac vice*) |
| | | (clarochelle@goodwinlaw.com) |
| | | 100 Northern Avenue |
| | | Boston, MA 02210 |
| | | Telephone: (617) 570-1000 |
| | | Facsimile: (617) 523-1231 |
| | | |
| | | *Attorneys for JBF Interlude 2009 Ltd and Interlude U.S., Inc. d/b/a Eko* |

**<u>ATTORNEY ATTESTATION</u>**

I hereby attest, pursuant to Local Rule 5-4.3.4(a)(2)(i), that I obtained the concurrence in the filing of this document from the signatories indicated by the conformed signature (/s/).

/s/ *Michael A. Jacobs*
Michael A. Jacobs