JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| QUIBI HOLDINGS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERLUDE US, INC. d/b/a EKO; and JBF INTERLUDE 2009 LTD. – ISRAEL,<br><br>　　　　Defendants, | Case No.:  2:20-CV-02250-CAS-SKx<br><br>[PROPOSED] ORDER GRANTING DISMISSAL UNDER RULE 41(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>Judge:　Hon. Christina A. Snyder<br>Crtrm:　8D |
| JBF INTERLUDE 2009 LTD and INTERLUDE U.S., INC., d/b/a EKO,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>QUIBI HOLDINGS, LLC, WNDRCO HOLDINGS, LLC, QBI HOLDINGS, LLC, NEW QBI, LLC, CLIFTON L. SMITH, JR., JOSEPH BURFITT, ROBERT A. POST, JR., BLAKE BARNES, ERIC BUEHL, AND JEFFREY KATZENBERG,<br><br>　　　　Defendants. | Case No.: 2:20-CV-02299-CAS-SKx (CONSOLIDATED) |

1 | The Court, having reviewed the parties' Stipulation of Dismissal, and good
2 | cause appearing,

3 | **IT IS HEREBY ORDERED** that:

4 | 1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil
5 | Procedure, the consolidated actions, *Quibi Holdings, LLC v. Interlude U.S., Inc.*
6 | *d/b/a Eko, et al.*, Case No. 2:20-cv-02250-CAS(SKx), and *JBF Interlude 2009 Ltd,*
7 | *et al. v. Quibi Holdings, LLC, et al.*, Case No. 2:20-cv-02299-CAS(SKx), Case No.
8 | 2:20-cv-02299-CAS(SKx), are dismissed with prejudice in their entirety, including
9 | all parties, claims, and counterclaims, each party to bear its own costs, expenses,
10 | and attorneys' fees;

11 | 2. Pursuant to the parties' stipulation, eko's counsel are relieved from the
12 | "prosecution bar" provisions the Protective Order entered in these consolidated
13 | actions (2250 Dkt. No. 57, as amended in 2250 Dkt. No. 337, 2299 Dkt. No. 499).
14 | All other provisions of the Protective Order will remain in place.

15 | **IT IS SO ORDERED**.

17 | Dated: September 24, 2021

*[signature: Christina A. Snyder]*

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1